FILED
*June 24, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

APPEAL NO: 03-14-00655-CR

IN THE

THIRD COURT OF APPEALS

AT AUSTIN, TEXAS

NATHANIEL FRAZIER,

APPELLANT PRO SE,

VS.

THE STATE OF TEXAS,

APPELLEE

APPEAL OF CAUSE NUMBER D-13-0958-SA FROM THE 391ST JUDICIAL DISTRICT COURT OF TOMGREEN COUNTY

**FIRST MOTION FOR EXTENTION OF TIME TO FILE APPELLANT'S PRO SE BRIEF OR RESPONSE TO ANDER'S BRIEF**

RECEIVED
JUN 2 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes Now NATHANIEL FRAZIER,"Appellant" pro se, and moves the Court to extend the deadline for filing his brief (or response) by 90 days. In support, Appellant would show the following:

.I.

On July 15, 2014, the Jury found Appellant guilty of Assault/Family Violence Impeding Breath/Circulation. The Judge assessed punishment at (18) years imprisonment in the Texas Department of Criminal Justice.

II.

On May 10, 2015, Appellant received notice by Certified mail, signature requested by John B Connally mail room supervisor, of appeal attorney's filed Anders brief and notice that Appellant had a right to file a pro se brief or response to the Anders brief.

III.

On 15th June 2015 the Appellant record was first made available to Appellant. The deadline for filing Appellant's brief or response is 9th/July, 2015.

IV.

This is Appellant's first request for extention. Appellant is unable to meet the deadline for the following reasons: [ a.) limited access to the law few hours a day, b.) layman to the law thereby slowing down my research, c.) innerent delay's with the prison law library's next-day shepardizing and intra-loan system, d.) limited legal resources, and e.) outdated

(1)

books that require additional time to receive material, to research, prepare, and deliver documents to the Court].

**V.**

For the reasons stated above, Appellant respectfully request an additional 90 days to complete the pro se brief or response in support of Appellant's appeal.

**VI.**

Appellant prays that the Court grant this motion and extend the time to file Appellant's pro se brief or response by 90 days, extending the deadline to.

Respectfully Submitted,

NATHANIEL FRAZIER

*Nathaniel Frazier*

Appellant, Pro se

CONNALLY UNIT TDC#1942796

899 FM 632

KENEDY, TEXAS 78119

## CERTIFICATE OF SERVICE

This to certify that on the 15th of June, 2015, a true and correct copy of the above and foregoing document was served on the THIRD COURT OF APPEALS, POST OFFICE BOX 12547, AUSTIN, TEXAS 78711, by United States Postal Service (Certified) Mail.

## UNSWORN DECLARATION

I NATHANIEL FRAZIER, BEING PRESENTLY INCARCERATED IN JOHN B CONNALLY UNIT IN CARNES COUNTY, TEXAS, declare under penalty of perjury that the foregoing is true and correct.

"Executed on the 15th day of June, 2015. *Nathaniel Frazier*"

Under both Federal Law (28 U.S.C. Section 1746) and State Law ( U.T.C.A. Civil Practices and Remedies Code, Section 132.001-132.003), offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification , certification oath or affidavit sworn before a Notary Public.

CC: FILE

DISTRICT ATTORNEY

Nathaniel Frazier # 1942796
Connally Unit
899 FM 632
Kenedy, Texas 78119

78711254747

7015 0640 0000 3317 2593

UNITED STATES
POSTAL SERVICE.

1000        78711

Jeffrey D. Kyle
Clerk Third Court of
Appeals P.O. Box 12547
Austin, Texas 78711